**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TERRY LEE HOWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-01079** |
| | ) | |
| **BANK OF AMERICA, N.A,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On March 4, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R") (Doc. No. 40) recommending that Bank of America, N.A.'s motion for summary judgment, (Doc. No. 32), be granted. Terry Lee Howard has not filed objections to the R&R. The Magistrate Judge warned Mr. Howard that failure to object within 14 days can be deemed a waiver of his right to appeal. (Doc. No. 40 at 7-8). See also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

To date, Mr. Howard has not filed any objections to the R&R. Nevertheless, the Court has reviewed the R&R and agrees with its recommended disposition. Accordingly, the R&R is **APPROVED and ADOPTED.** Defendant's Motion for Summary Judgment (Doc. No. 32) is **GRANTED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure. This file is closed.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE